# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAAHNCHOOH GHOGOMU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELTA AIRLINES GLOBAL SERVICES, )<br>LLC, et al., )<br>)<br>Defendant. ) | Case No. 14-CV-48-JED-TLW<br>14-CV-49-JED-PJC |

## JUDGMENT

The Court has entered an Opinion and Order granting the defendants' Motion for Summary Judgment in lead case no. 14-CV-48-JED-TLW. Judgment in member case no. 14-CV-49-JED-PJC is hereby entered for defendants and against plaintiff.

DATED this 14th day of October, 2015.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE